UNITED STATES of America, Plaintiff—Appellee,

v.

Eric Costino SHARPE, Defendant—Appellant.

No. 09–7083.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 30, 2009.

Decided: Nov. 5, 2009.

Eric Costino Sharpe, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Costino Sharpe appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Sharpe,* No. 5:04–cr–00190–BO–1 (E.D.N.C. filed June 2, 2009; entered June 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*